IN THE UNITED STATED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ARTUR PAYTYAN, | § § § | |
| Plaintiff, | § § | |
| vs. | § § | Civil Action No. 3:15-CV-03343-N |
| GOVERNMENT EMPLOYEES INSURANCE COMPANY (GEICO), | § § § § § | |
| Defendant. | § | |

### ORDER

Now before the Court is the parties' Joint Motion to Remand, filed on April 12, 2016, per Docket Entry No. 19. After reviewing the Joint Motion to Remand, and noting that the relief sought therein has been agreed to and jointly requested by the parties, the Court GRANT the parties' Joint Motion to Remand. This case is remanded to County Court at Law No. 2, Dallas County, Texas, CC-15-04636-B.

SIGNED this 15th day of April, 2016.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE

**ORDER – Solo Page**